AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Herlinda Terceros-Lizarazu<br>*Defendant* | )<br>)  Case No.  CR-25-02983-TUC-SHR-JEM<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Herlinda Terceros-Lizarazu                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  8:1326(a) enhanced by 8:1326(b)(1) Re-Entry of Removed Alien

ISSUED ON 4:06 pm, Jun 25, 2025

*Issuing officer's signature*

City and state:   Tucson, Arizona            s/ Debra D. Lucas, Clerk   B. Cortez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/26/2025, and the person was arrested on *(date)* 6/30/2025
at *(city and state)* Annandale, VA

Date:  6/30/2025

*Arresting officer's signature*

SA Lourdes Cainas / HSI
*Printed name and title*

cc: AUSA, PTS, USM